Michael K. Friedland (SBN 157,217)
michael.friedland@knobbe.com
Ali S. Razai (SBN 246,922)
ali.razai@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
T: (949) 760-0404; F: (949) 760-9502

Attorneys for Plaintiff
OAKLEY, INC.

Marc T. Rasich (SBN 174683)
marc.rasich@stoel.com
Joshua G. Gigger (SBN 234508)
jgigger@stoel.com
STOEL RIVES LLP
201 S. Main Street, Suite 1100
Salt Lake City, UT 84111
Telephone: (801) 328-3131

Attorneys for Defendant
SUNBELT U.S.A. INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAKLEY, INC., a Washington corporation, | Civil Action No.<br>16-CV-01757 BEN JMA |
| Plaintiff, | |
| v. | **JOINT MOTION TO DISMISS** |
| SUNBELT U.S.A., INC. d/b/a Typhoon Optics, a California corporation, | |
| Defendant. | |
| SUNBELT U.S.A., INC. d/b/a Typhoon Optics, a California corporation, | |
| Counterclaimant | |
| v. | |
| OAKLEY, INC., a Washington corporation, | |
| Counterdefendant. | |

1    Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

2  Plaintiff/Counterdefendant Oakley, Inc. and Sunbelt U.S.A., Inc. d/b/a Typhoon

3  Optics (collectively, the "Parties"), acting through their respective counsel of

4  record, hereby stipulate to the dismissal with prejudice of all claims,

5  counterclaims, and defenses currently pending in the above-captioned action.

6    The Parties have reached an agreement to resolve their dispute. This

7  motion is submitted pursuant to the terms of a Settlement Agreement

8  ("Settlement Agreement"). The Parties jointly move and respectfully request

9  that the Court dismiss with prejudice all claims, counterclaims, and defenses

10  that are currently pending in this action. The Parties have agreed to bear their

11  own costs and attorneys' fees.

12    The Parties respectfully request that the Court exercise continuing

13  jurisdiction to enforce compliance with the Settlement Agreement

14                           Respectfully submitted,

15                           KNOBBE, MARTENS, OLSON & BEAR, LLP

16

17  Dated: June 20, 2017        By: */s/ Ali S. Razai*
                                    Michael K. Friedland
18                                  Ali S. Razai

19                           Attorneys for Plaintiff
                             OAKLEY, INC.
20

21                           STOEL RIVES LLP

22

23  Dated: June 20, 2017        By: */s/ Joshua G. Gigger (with permission)*
                                    Marc T. Rasich
24                                  Joshua G. Gigger

25                           Attorneys for Defendant
                             SUNBELT U.S.A. INC.
26

27

28

1

## **CERTIFICATE OF SERVICE**

2      I hereby certify that on June 20, 2017, I caused the foregoing JOINT

3   MOTION TO DISMISS to be electronically filed with the Clerk of the Court

4   using CM/ECF, which will send notification of such filing to all counsel of

5   record.

6

7                                  */s/ Ali S. Razai*
                                   Ali S. Razai

   26148177

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joint Motion to Dismiss
                                   16-CV-01757 BEN JMA